## EVANS v. EVANS.

ATKINSONS, Justice. To a petition as twice amended, praying for custody of a minor child and that the defendants be adjudged in contempt of court, a demurrer was interposed on general and special grounds. The judge sustained the demurrer and struck so much of the petition as sought a change of custody, and overruled the demurrer in so far as it attacked the allegations seeking to hold the defendants in contempt of court. The only exception is to this ruling. *Held,* that the writ of error must be dismissed, because the bill of exceptions was sued out prematurely, the only ruling complained of not being one that finally disposed of the case, and there being no reason why the plaintiffs could not protect their rights by exceptions pendente lite. Code, § 6-701; *Richter* v. *Macon Gas Co.,* 144 *Ga.* 650 (2) (87 S. E. 895) ; *Hitchcock* v. *Hamilton,* 184 *Ga.* 700 (192 S. E. 726) ; *Henderson* v. *Anderson,* 188 *Ga.* 118 (3 S. E. 2d, 97) ; *Mauldin* v. *Kendrick,* 192 *Ga.* 741 (16 S. E. 2d, 555) ; *Robinson* v. *Georgia Power Co.,* 193 *Ga.* 51 (17 S. E. 2d, 55).

*Writ of error dismissed. All the Justices concur, except Jenkins, P. J., absent on account of illness. '*

No. 14730. JANUARY 6, 1944.

*T. O. Hathcock* and *John H. Hudson,* for plaintiff in error.
*Heyman, Howell & Heyman,* contra.